

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2018

No. 04-17-00369-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

John **AGUERO**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 388746
Honorable Judge Timothy Johnson, Judge Presiding

# O R D E R

The appellee's unopposed motion for extension of time to file brief is hereby
GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court